# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**JOHNNIE R. REESE**                                                                                      **PLAINTIFF**

**V.**                          **CASE NO.: 3:14CV000121 BD**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                                           **DEFENDANT**

## JUDGMENT

The decision of Carolyn W. Colvin, Acting Commissioner, Social Security Administration, is reversed and remanded, and judgment is entered in favor of Johnnie Reese. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 15th day of April, 2015.

_____
UNITED STATES MAGISTRATE JUDGE