# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

**JOHNNIE R. REESE**                                                                                      **PLAINTIFF**

V.                       **CASE NO.: 3:14CV000121 BD**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                                          **DEFENDANT**

## ORDER

The Court has requested and received an excerpted transcript of the oral argument hearing held on April 2, 2015.  The Clerk of the Court is hereby directed to issue a check to Robin Warbritton, Transcriptionist, in the amount of $59.25.  A copy of the invoice for transcription services is attached.

IT IS SO ORDERED, this 15th day of April, 2015.

_____
UNITED STATES MAGISTRATE JUDGE

## ORIGINAL
## INVOICE

TO: UNITED STATES DISTRICT COURT

INVOICE DATE: April 10, 2015          INVOICE NO.: USDC12-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-003

TRANSCRIPT OF: Excerpted Oral Findings of Fact and Conclusions of Law in Oral Argument Hearing

Case Name: *Johnnie R. Reese v. Social Security Administration, Commissioner*

Case No.: 3:14-CV-00121-BD

Hearing Date: 4/2/2015

Presiding Judicial Officer: Honorable Beth Deere

Transcript Type: **7-day Expedited Original Transcript**
Transcript Order Date: 4/6/2015
Transcript Order and Recording Received by Transcriber Date: 4/7/2015
Transcript Order Due Date: 4/14/2015 (7 days from receipt of recording & transcript order)
Transcript Completed/Delivery Date: 4/10/2015 (Via U.S. Priority Mail to Suzy Flippen)

| | |
|---|---|
| 15 pages @ $3.95 per page (7 day expedited rate) | $59.25 |
| TOTAL DUE | $59.25 |

**REMIT TO:**
Robin Warbritton
20 Liberty Road
Vilonia, AR 72173
(501) 796-6560
TIN: *****0725
rwarbritton@yahoo.com
Contract No: USDC-ARE-12-001